Submitted November 7, reversed and remanded December 10, 2008

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DAVID BRIAN COLLIER,
*Defendant-Appellant.*

Multnomah County Circuit Court
070130005; A135595

197 P3d 622

Peter Gartlan, Chief Defender, and Joshua B. Crowther, Deputy Public Defender, Legal Services Division, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Karla H. Ferrall, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

**PER CURIAM**

In this criminal case, defendant contends that the trial court erred by denying his motion to suppress evidence found during a search of his person during a traffic stop. He contends that the officer unlawfully extended the duration of the traffic stop by asking him questions unrelated to the stop instead of either citing him for the offense or terminating the stop. The state concedes that, under *State v. Rodgers*, 219 Or App 366, 182 P3d 209, *rev allowed*, 345 Or 301 (2008), defendant is correct. We agree and accept the state's concession of error.

Reversed and remanded.